IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02638-WYD-KLM

PAULINE SANTINO,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [#16] (the "Motion").[1]

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Amended Complaint [#16-3] for filing as of the date of this Minute Order.

    Dated: April 1, 2015

---

[1] Plaintiff is reminded that all documents must be double-spaced. D.C.COLO.LCivR 10.1(e). Filings that do not comply with this requirement may be summarily stricken by the Court.