IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02638-WYD-KLM

PAULINE SANTINO,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Upon the parties' Stipulated Motion to Dismiss with Prejudice, it is hereby

    ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice [ECF Doc. No. 26], filed September 17, 2015, is **GRANTED.**  It is further

    ORDERED that this CASE is hereby **DISMISSED WITH PREJUDICE** as to all claims and parties.  It is further

    ORDERED that each party shall bear their own costs and attorney fees.

    Dated:  September 17, 2015

                                      BY THE COURT:


                                      */s/ Wiley Y. Daniel*
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE